Case 2:20-cv-04151-SB-PJW   Document 26   Filed 04/24/21   I... #:170

FILED
CLERK, U.S. DISTRICT COURT
April 24, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| QUENIA PERIS, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; ALDON, INC. d/b/a CARSON TOYOTA; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-04151-SB-PJW<br><br>(Removed from Los Angeles County Superior Court, Case No. 20STCV12940)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: April 24, 2021



_____
Stanley Blumenfeld, Jr.
United States District Judge